# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**
February 15, 2011

Lyle W. Cayce
Clerk

No. 10-30638
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ANTHONY SCOTT TAYLOR,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:04-CR-60023-1

Before HIGGINBOTHAM, GARZA, and ELROD, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Anthony Scott Taylor on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Taylor has filed a response in which he plainly states his wish to withdraw his appeal. Taylor's motion for voluntary dismissal is GRANTED; counsel's *Anders* motion is DENIED AS MOOT; and the APPEAL IS DISMISSED. *See* FED. R. APP. P. 42(b).

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.